

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2014

No. 04-13-00779-CV

**IN THE INTEREST OF K.M.L.H.**, A Child,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02608
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

Appellee's motion to extend time to file appellee's brief is **GRANTED**. Appellee's brief is due on or before February, 17, 2014. Appellee is advised that no further extensions of time will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court